(134 So. 892)

## E. E. BRANDON v. STATE.

### 8 Div. 303

Supreme Court of Alabama.

May 28, 1931.

Proctor & Snodgrass, of Scottsboro, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

THOMAS, J.

Petition of E. E. Brandon for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Brandon v. State, 134 So. 890.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.